# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHERRY RAHMAN, INDIVIDUALLY
AND D/B/A RAHMAN CONSULTING,
Appellant,
vs.
PENTECOSTAL CHURCH OF GOD,
I.M., 33RPNV, D/B/A IGLESIA DE DIOS
PENTECOSTAL, M.I.,
Respondent.

No. 75037

**FILED**

MAR 2 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on February 6, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brn*

cc: Sherry Rahman
Lynch Law Practice, PLLC

18-11423